UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEROME ORTEZ THOMPSON, Plaintiff | CIVIL ACTION NO. 1:19-CV-1462-P |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH DETENTION CENTER, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, including the objections filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Complaint (ECF No. 1, 7) is hereby DENIED and DISMISSED WITH PREJUDCE under §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9th day of March, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE